IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BEKHAM BAHADORANI,    )
        Petitioner,    )
            )
v.    )    Case No. CIV-25-1091-PRW
            )
PAMELA BONDI, In Her Official    )
Capacity as Attorney General, *et al.*,    )
            )
        Respondents.    )

## ORDER

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction with Expedited Handling (Dkt. 8) and the related Memorandum in Support (Dkt. 9). Upon review, the Court **DENIES** the Motion (Dkt. 8).

The Court finds no evidence in the record that Petitioner has provided oral or written notice to Respondents, nor does counsel detail his attempts to provide notice to Respondents. Before issuing a temporary restraining order, Federal Rule of Civil Procedure 65(b)(1) requires that the Court be provided both specific facts in the complaint or an affidavit that clearly demonstrate the "immediate and irreparably injury, loss, or damage" that the moving party will incur before the adverse party can be heard,[1] as well as the efforts made by the moving party's counsel concerning the efforts made to give notice to the adverse party, as well as why notice should not be required.[2]

---

[1] Fed. R. Civ. P. 65(b)(1)(A).

[2] Fed. R. Civ. P. 65(b)(1)(B).

Because Petitioner has failed to comply with Rule 65(b)(1), the Motion is **DENIED.**

**IT IS SO ORDERED** this 24th day of September 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE