# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

BEKHAM BAHADORANI,  )
       Petitioner,  )
)
v.  )  Case No. CIV-25-1091-PRW
)
PAMELA BONDI, In Her Official  )
Capacity as Attorney General, *et al.*,  )
)
       Respondents.  )

## ORDER

Notwithstanding Temporary General Order 25-8, the United States is **ORDERED** to file any answer or response to Petitioner's Verified Petition for Writ of Habeas Corpus (Dkt. 1) on or before October 14, 2025, as directed in this Court's Order issued September 30, 2025 (Dkt. 12).

**IT IS SO ORDERED** this 2nd day of October 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE