**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BEKHAM BAHADORANI, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. CIV-25-1091-PRW |
| | ) | |
| PAMELA BONDI, In Her Official | ) | |
| Capacity as Attorney General, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the Court's Order entered this date, the Petition for Writ of Habeas Corpus is **DENIED**. This judgment fully and finally resolves all claims and terminates this civil action.

**ENTERED** this 31st day of October 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1