# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BEKHAM BAHADORANI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1091-PRW |
| | ) | |
| PAMELA BONDI, In Her Official | ) | |
| Capacity as Attorney General, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

In light of the Tenth Circuit's limited remand, Respondents are **ORDERED** to address the following in a supplemental brief, along with any necessary evidence, on or before May 22, 2026:

1. Whether, in light of recent military action taken against Iran, Respondents still assert that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future;

2. Whether properly promulgated regulations are "laws . . . of the United States" as contemplated by 28 U.S.C. § 2241; and

3. Whether regulatory violations are cognizable under an Administrative Procedure Act claim raised in a petition for a writ of habeas corpus brought pursuant to § 2241.

Respondents' brief shall not exceed twenty-five (25) pages without the Court's leave. Following Respondents' submission, Petitioner shall file any response within twenty-one (21) days, not to exceed twenty-five (25) pages without leave. Any reply brief filed by Respondents shall comply with Local Civil Rule 7.1(h).

1

**IT IS SO ORDERED** this 1st day of May 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE